IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALLEN D. JOHNSON, )
 )
        Petitioner, )
 )
v. )   Case No. 25-3044-JWL
 )
ALBERT THOMAS III, Warden, FCI Atlanta,[1] )
 )
        Respondent. )
 )
_____)

## **MEMORANDUM AND ORDER**

Petitioner has filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by military officials. For the reasons set forth below, the Court **denies** the petition.[2]

Petitioner alleges that after he was granted parole after serving a sentence imposed by court martial, he was convicted and sentenced in Texas state court; and that after he was granted parole for the latter convictions, he was taken into custody on a military detainer. He challenges his continued detention on that detainer as unsupported by any documentation of an outstanding obligation relating to his military convictions.

In response to the petition, respondent has provided evidence, supported by documentation, of the following facts: petitioner pleaded guilty and was convicted of

---

[1] Respondent was transferred to a different facility after he filed his petition, and the Court therefore substitutes petitioner's present custodian as the proper respondent.

[2] Based on petitioner's representations that he has no assets or income, the Court **grants** petitioner's motion to proceed in this action without payment of the filing fee (Doc. # 2).

various offenses by court martial, and his sentence was affirmed by a military appellate court; he was granted parole by military authorities, subject to certain conditions; his parole was suspended prior to its expiration; his military parole was revoked after his convictions in state court; a military detainer was issued while he was serving his Texas state court sentence; and petitioner was eventually taken into custody by military officials pursuant to that detainer.  Respondent has also provided evidence that petitioner was aware of the outstanding military detainer, as in 2017 petitioner wrote to military officials for help in having the detainer lifted, and he received a response stating that the detainer would remain in place.

Thus, as demonstrated by respondent, petitioner is incorrect in stating that his present detention is not supported by documentation.  Petitioner has not filed a reply brief or otherwise dispute this evidence.  Nor has petitioner provided any other basis for challenging his detention.[3]  Accordingly, the Court denies the petition for habeas relief.

IT IS THEREFFORE ORDERED BY THE COURT THAT petitioner's motion to proceed *in forma pauperis* (Doc. # 2) is hereby **granted**.

IT IS FURTHER ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **denied**.

---

[3] The statutes cited by petitioner are not relevant to his claim.

IT IS SO ORDERED.


Dated this 2nd day of June, 2025, in Kansas City, Kansas.

                                         <u>/s/  John W. Lungstrum</u>
                                         Hon. John W. Lungstrum
                                         United States District Judge